

**DISTRICT OF COLUMBIA AIR NATIONAL GUARD**
113th Operations Group (ACC)
3029 East Perimeter Road
Joint Base Andrews AFB MD 20762

26 January 2018

MEMORANDUM FOR LT COL JENNER TORRENCE

FROM: 113th OG/CC

SUBJECT: Letter of Reprimand

References:   (a) AFI 1-1 *Air Force Standards*
              (b) AFI 36-2909 *Professional and Unprofessional Relationships*

1. An investigation disclosed that on or about 16 October 2017, while on a temporary duty assignment to Tucson, Arizona, you compromised your standing as a field grade officer while at the Hilton Doubletree Bar. On this day you, while in uniform, fraternized with an enlisted member and engaged in unprofessional behavior; a discredit to an officer of your rank, the Air Force, and the Armed Forces. Additionally, you were untruthful to your chain of command concerning the 16 October 2017 encounter; choosing to make false verbal and written statements about the allegations on a number of occasions. Your actions on this evening and your false statements about the same were prejudicial to good order and discipline, contrary to the core values of the United States Air Force, unbecoming of a field grade officer in the United States Air Force, and were of a nature to bring discredit upon the Armed Forces of the United States; in violation of AFIs 1-1 and 36-2909.

2. You are hereby reprimanded! This conduct is inexcusable. As a field grade officer, you are expected to meet high standards of leadership and to exhibit exemplary behavior. Commissioned officers serve in positions of trust and are expected to assume continuing leadership responsibilities. Your lack of judgement, professionalism, and maturity leads me to seriously question your suitability for future commissioned military service.

3. The following information required by Privacy Act is provided for your information. AUTHORITY: 10 U.S.C. 8013. PURPOSE: To obtain any comments or documents you desire to submit (on a voluntary basis) for consideration concerning this action. ROUTINE USES: Provides you an opportunity to submit comments or documents for consideration. If provided, the comments and documents you submit become a part of the action. DISCLOSURE: Your written acknowledgment of receipt and signature are mandatory. Any other comments or documents you provide are voluntary.

4. You will acknowledge receipt of this Letter or Reprimand (LOR) immediately by signing the acknowledgement in the 1st Indorsement; you will return this LOR to the 113 OG/CC with your response for our review, if any, within three (3) calendar days of your receipt and will sign the 2nd Indorsement at that time. Any comments or documents you wish to be considered in

response to this LOR must be submitted at that time. If this LOR is maintained, per AFI 36-2907, *Unfavorable Information File Program*, paragraph 2.3.1, it must be placed in and Unfavorable Information File (UIF). The 121 FS/CC will establish an UIF if the LOR is sustained. Your signature on this letter is for receipt purposes only and does not signify concurrence or admission of guilt.

*(signed) John E. Vargas*
JOHN E. VARGAS, Colonel, ANG
Commander

1st Ind., LT COL JENNER TORRENCE

MEMORANDUM FOR 113 OG/CC

I acknowledge receipt of this LOR on _26 JAN 17 1001_. I understand I have 3 duty days
(date/time)
from the date/time I received this LOR to provide a response. I acknowledge that I must include in my response any comments or documents I wish to be considered concerning this LOR. I understand I will be informed of the final decision regarding any comments I submit. My response is due by _31 JAN 17. 1466_
(date/time)

JENNER TORRENCE, Lt Col, DC ANG

*(signed)*

2nd Ind., LT COL JENNER TORRENCE                                   Date: _26 JAN 18_

MEMORANDUM FOR 113 OG/CC

I (do) (do not) choose to respond to this LOR.

JENNER TORRENCE, Lt Col, DC ANG

Scanned by CamScanner

3rd Ind., 113 OG/CC                                              Date: 6 FEB 18

MEMORANDUM FOR LT COL JENNER TORRENCE

Member (did) (did not) provide written matters in response to this letter. After consideration of all matters I have decided to (initial one):

____ (initial if applicable) Withdraw the LOR

____ (initial if applicable) Downgrade the LOR to a Letter of Admonition/Counseling

_X_ (initial if applicable) Maintain the LOR. The LOR will be place in an UIF.

JOHN E. VARGAS, Colonel, ANG
Commander

4th Ind., LT COL JENNER TORRENCE                                 Date: 8 Feb 2018

MEMORANDUM FOR 113 OG/CC

I have been informed of the final decision regarding this LOR and establishment of an UIF.

JENNER TORRENCE, Lt Col, DC ANG