

**DEPARTMENT OF THE AIR FORCE**
**113TH WING (ANG)**
**JOINT BASE ANDREWS MD**

15 Mar 2018

MEMORANDUM FOR LT COL JENNER TORRENCE

FROM: 113 WG/CC

SUBJECT: Recommendation of Involuntary AGR Tour Curtailment

1. IAW ANGI 36-101, paragraph 8.5, this memorandum serves as your official notification of this command's intent to involuntarily curtail your current AGR tour. This memorandum supercedes and replaces my *Recommendation of Involuntary AGR Tour Curtailment* served to you on 8 March 2018.

2. I am pursuing this course of action due to substantiated allegations of false statements made to senior Air Force officers and substantiated allegations of unprofessional relationships with both officer and enlisted military members. Each of these substantiated allegations are described and discussed in the attached Command-Directed Investigation (CDI) reports; the resulting Letters of Reprimand are attached as well.

3. IAW ANGI 36-101, paragraph 8.5.1.1, you are advised that you have 7 calendar days from receipt of this notification to submit a written statement of rebuttal. This statement will accompany my recommendation for involuntary curtailment and be routed to the District of Columbia National Guard Commanding General for final determination.

JEFFREY C. BOZARD, Brig Gen, ANG
Commander

Attachment(s):
CDI Investigating Officer Report, May 2017
LOR and member response, Jun 2017
Two additional witness statements, Jan 2018
CDI Investigating Officer Report, Jan 2018
LOR and member response, Jan 2018
UIF

1st Ind. LT COL JENNER TORRENCE

MEMORANDUM FROM 113 WG/CC

I was notified on 15 MAR 18 (date) that I am being recommended for AGR curtailment and that I have 7 calendar days to submit a written rebuttal.

JENNER TORRENCE, Lt Col, ANG