Clear Form

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: **Jenner Torrence**                                                                 **24-258 C**

Location of Plaintiff(s)/Petitioner(s) (city/state): **Washington, D.C.**

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): **Sean C. Timmons**

Firm Name: **Tully Rinckey, PLLC**

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:

Street Address: **18722 University Blvd, Ste. 235**

City-State-ZIP: **Sugar Land, TX 77479**

Telephone & Facsimile Numbers: **(832) 240-3273, (832) 241-5998**

E-mail Address: **Stimmons@tullylegal.com**

Is the attorney of record admitted to the Court of Federal Claims Bar?   ● Yes   ○ No

Nature of Suit Code: **340**
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: **AF**

Number of Claims Involved: **1**

Amount Claimed: $ **$152,700**
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____

Is plaintiff a small business?                              ○ Yes   ○ No

Was this action preceded by the filing of a
protest before the GAO?                                  ○ Yes   ○ No      GAO Solicitation No. _____

If yes, was a decision on the merits rendered?   ○ Yes   ○ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related Case:
Is this case directly related to any pending or previously filed
case(s) in the United States Court of Federal Claims? If yes, you are
required to file a separate notice of directly related case(s). See RCFC 40.2.       ○ Yes   ● No