IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JENNER TORRENCE,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant, | Case No. 24-258C |

## MOTION FOR PRO HAC VICE ADMISSION

  Undersigned counsel, as counsel of record for the Plaintiff, requests the admission of Joseph D. Wilkinson II, Esq., of Tully Rinckey, PLLC, *pro hac vice*, as co-counsel for the Plaintiff.

  In accordance with Rule 83.1 of the Rules of the United States Court of Federal Claims, Mr. Wilkinson is a member in good standing of the bar of the Supreme Court of Alabama. His certificate of good standing is attached. Undersigned counsel, as attorney of record for the plaintiff, will continue to be present for Mr. Wilkinson's participation.

                    Respectfully Submitted,

                    *Sean C Timmons*

                    Sean C. Timmons, Esq., LL.M.
                    (*Admitted Pro Hac Vice*)
                    Managing Partner, Tully Rinckey PLLC
                    Texas Bar No.: 24067908
                    New York State Bar No.: 5470190
                    Admitted to Practice in all
                    Texas Federal Courts
                    18722 University Blvd., Ste. 235
                    Sugar Land, TX 77479
                    (832) 240-3273 Phone

(281) 387-3411 Cell  
(832) 241-5998 FAX  
Stimmons@tullylegal.com  
Attorney for Plaintiff