IN  THE  UNITED  STATES  COURT  OF  FEDERAL  CLAIMS

JENNER TORRENCE                 )
                                )
            Plaintiff,          )
                                )        No. 24-258
            v.                  )        (Judge Kathryn C. Davis)
                                )
THE UNITED STATES,              )
                                )
            Defendant.          )

## NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of Delisa M. Sánchez as attorney of record for the

United States.  Service of all papers by opposing parties should be addressed as follows:

Delisa M. Sánchez
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

/s/Delisa M. Sánchez
DELISA M. SANCHEZ
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-0337
Facsimile: (202) 305-7643
Email: Delisa.Sanchez@usdoj.gov

Dated:  April 5, 2024