**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

|  |  |  |
|---|---|---|
| JENNER TORRENCE, | ) ) ) | |
| Plaintiff, | ) ) | No. 24-258 |
| v. | ) ) | Filed: April 19, 2024 |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) ) | |

## ORDER

Upon consideration of the Motion for Pro Hac Vice Admission (ECF No. 4) of Mr. Joseph

D. Wilkinson II as co-counsel for Plaintiff, the Motion is **GRANTED**.  Mr. Wilkinson is admitted

to participate *pro hac vice* in the above-captioned matter subject to Rule 83.1(a)(2).

**SO ORDERED**.


Dated:  April 19, 2024                                  */s/ Kathryn C. Davis*
                                                              KATHRYN C. DAVIS
                                                              Judge