## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JENNER TORRENCE, ) | |
| ) | |
| Plaintiff, ) | No. 24-258 |
| ) | |
| v. ) | Filed: June 25, 2024 |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On June 21, 2024, the parties in this military pay case filed a Joint Status Report and Proposed Briefing Schedule. *See* ECF No. 8. Pursuant to Rule 52.1(c)(3) of the Rules of the United States Court of Federal Claims, the parties propose a briefing schedule for motions for judgment on the administrative record, in lieu of Defendant filing an answer. *Id.* Accordingly, the Court adopts the parties' proposal and **ORDERS** the following schedule:

- Defendant shall file the Administrative Record by **July 25, 2024**.

- Plaintiff shall file its Motion for Judgment on the Administrative Record by **August 22, 2024**.

- Defendant shall file its Cross-Motion for Judgment on the Administrative Record and Response to Plaintiff's motion by **September 19, 2024**.

- Plaintiff shall file its Response and Reply by **October 10, 2024.**

- Defendant shall file its Reply by **October 31, 2024**.

**SO ORDERED**.

Dated: June 25, 2024

*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS
Judge