# United States Court of Federal Claims
### 717 MADISON PLACE, NW
### WASHINGTON, DC 20439

OFFICE OF THE CLERK OF COURT
(202) 357-6406

September 10, 2024

Nicole D. Jackson, Executive Director
Department of the Air Force
Office of the Assistant Secretary
SAF/MRBC (AFBCMR)
3351 Celmers Lane
Joint Base Andrews NAF
Washington, MD 20762-6435

*Re: **Jenner Torrence v. The United States,**
**Case No. 24-258 C***

Dear Ms. Jackson:

On September 3, 2024, Judge Kathryn C. Davis entered an Order in the above-referenced case remanding it to the Air Force Board for Correction of Military Records, for further proceedings for a period of 180 days until March 3, 2025.

In accordance with RCFC 52.2 of the Rules of the Court of Federal Claims, please find a certified copy of the above-mentioned Order. (A copy of the rule is included for your convenience.) Please take note of the requirement of RCFC 52.2(d) regarding the number of copies required for the filing of the agency's decision. If you have any questions, please feel free to contact the Clerk's Office at (202) 357-6406.

Sincerely,

Lisa L. Reyes
Clerk of Court

Enclosures

cc: *via CM/ECF only*
Judge Kathryn C. Davis
Sean Timmons, Esq.
Delisa M. Sanchez, Esq.