IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JENNER TORRENCE,         ) | |
| ) | |
| Plaintiff,         ) | |
| ) | No. 24-258 |
| v.         ) | (Judge Kathryn C. Davis) |
| ) | |
| THE UNITED STATES,         ) | |
| ) | |
| Defendant.         ) | |

## **DEFENDANT'S STATUS REPORT**

Pursuant to the Court's remand order dated September 3, 2024 (ECF No. 12), defendant, the United States, respectfully submits the following status report concerning the progress of the remand proceedings pending in the Air Force Board for Correction of Military Records (AFBCMR).

After the Court's issuance of the remand order, plaintiff timely submitted his application for reconsideration to the AFBCMR. Because the AFBCMR's document submission process does not accommodate the submission of videos, there was a delay in the AFBCMR's receipt of the video evidence that plaintiff submitted in support of his application for reconsideration. Specifically, counsel for the parties and Air Force counsel worked together to hand-deliver to the AFBCMR a thumb-drive with video and photos that plaintiff attempted to submit to the AFBCMR when he submitted his application for reconsideration. On November 7, 2024, Government counsel received notice from The Judge Advocate General's Corps Military Personnel Law and Litigation Branch that it was in possession of the thumb-drive and that it would be delivered promptly to the AFBCMR. On November 21, 2024, that same office advised Government counsel that plaintiff's application for reconsideration was in the process of being assigned to an analyst who would be responsible for preparing the matter for the AFBCMR's review.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/William J. Grimaldi
WILLIAM J. GRIMALDI
Assistant Director

/s/Delisa M. Sánchez
DELISA M. SANCHEZ
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0337
Facsimile: (202) 305-7643
Email: delisa.sanchez@usdoj.gov

Of Counsel:

MAJ J. CLAY STUBBLEFIELD
Deputy Chief
United States Air Force
Military Personnel Branch
The Judge Advocate General's Corps
1500 West Perimeter Road
Joint Base Andrews, MD 20762

December 2, 2024

Attorneys for Defendant