IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JENNER TORRENCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 24-258 |
| v. ) | (Judge Kathryn C. Davis) |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S STATUS REPORT

Pursuant to the Court's remand order dated September 3, 2024 (ECF No. 12), defendant, the United States, respectfully submits the following status report concerning the progress of the remand proceedings pending in the Air Force Board for Correction of Military Records (AFBCMR).

On February 19, 2025, Government counsel received notice from Air Force's Judge Advocate General's Corps Military Personnel Law and Litigation Branch that an AFBCMR analyst is working on the Record of Proceedings and projects that the case will be assigned to a Board sometime in March 2025.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/William J. Grimaldi
  by Eric P. Bruskin
WILLIAM J. GRIMALDI
Assistant Director

Of Counsel:

MAJ J. CLAY STUBBLEFIELD
Deputy Chief
United States Air Force
Military Personnel Branch
The Judge Advocate General's Corps
1500 West Perimeter Road
Joint Base Andrews, MD 20762


February 28, 2025

/s/Delisa M. Sánchez
DELISA M. SANCHEZ
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0337
Facsimile: (202) 305-7643
Email: delisa.sanchez@usdoj.gov

Attorneys for Defendant