IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JENNER TORRENCE, ) | |
| ) | |
| Plaintiff, ) | No. 24-258 |
| ) | |
| v. ) | Filed: March 4, 2025 |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On March 3, 2025, Defendant filed a status report to update the Court on the remand proceedings. *See* ECF No. 15. According to the Court's September 3, 2024 Order, the proceedings in this case were stayed until March 3, 2025. *See* ECF No. 12. Accordingly, the stay has expired and will be lifted unless the parties move **by no later than March 7, 2025**, for an extension of the remand period and show good cause for their request.

**SO ORDERED**.

Dated: March 4, 2025

*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS
Judge