## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| JENNER TORRENCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES,<br><br>　　　　Defendant. | )<br>)<br>)　No. 24-258<br>)<br>)　Filed: April 29, 2025<br>)<br>)<br>)<br>)<br>) |

### ORDER

On April 21, 2025, the Government filed the remand decision of the Air Force Board for Correction of Military Records. *See* ECF No. 18. Pursuant to Rule 52.2(e) of the Rules of the United States Court of Federal Claims, the Court directs the parties to file **by no later than May 21, 2025**, post-remand notices stating whether further proceedings are required and, if so, proposing a schedule for such proceedings.

　　**SO ORDERED**.


Dated: April 29, 2025　　　　　　　　　　　　*/s/ Kathryn C. Davis*
　　　　　　　　　　　　　　　　　　　　　　KATHRYN C. DAVIS
　　　　　　　　　　　　　　　　　　　　　　Judge