## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| JENNER TORRENCE, ) | |
| ) | |
| Plaintiff, ) | No. 24-258 |
| ) | |
| v. ) | Filed: May 22, 2025 |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On April 21, 2025, the Government filed the remand decision of the Air Force Board for Correction of Military Records ("AFBCMR"), denying Plaintiff's request for various corrections to his military record.  *See* ECF No. 18.  On May 21, 2025, the parties filed a joint notice pursuant to Rule 52.2(e)(1) of the Rules of the United States Court of Federal Claims and this Court's April 29, 2025, remand order.  *See* ECF No. 20; *see also* ECF No. 19.  Plaintiff represents that the AFBCMR's decision does not afford a satisfactory basis for the disposition of this case and, as such, the parties request further proceedings.  ECF No. 20 at 1.  Accordingly, the Court adopts the parties' proposed briefing deadlines and **ORDERS** the following schedule:

| | |
|---|---|
| Plaintiff's Amended Complaint | **June 4, 2025** |
| Government's Amendment to the Administrative Record | **June 18, 2025** |
| Plaintiff's Motion for Judgment on the Administrative Record | **July 16, 2025** |
| Government's Cross-Motion for Judgment on the Administrative Record and Response to Plaintiff's Motion | **August 13, 2025** |
| Plaintiff's Response and Reply | **September 3, 2025** |

Government's Reply September 24, 2025

**SO ORDERED**.

Dated: May 22, 2025

*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS
Judge