IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JENNER TORRENCE,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant, | Case No: 1:24-CV-00258-KCD<br><br>Before: Judge Kathryn C. Davis |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Joseph D. Wilkinson II, Esq., a member of the bar of this court, as additional counsel for Mr. Jenner Torrence.   Mr. Sean Timmons remains counsel of record.

Respectfully submitted,

Joseph D. Wilkinson II
Senior Counsel, Tully Rinckey, PLLC
D.C. Bar No. 90032185
2001 L Street NW
Washington, DC 20036
Office: (202) 375-2232
FAX: (716) 462-4455
jwilkinson@tullylegal.com
Of Counsel

Sean C. Timmons, Esq., LL.M.
Managing Partner, Tully Rinckey PLLC

Texas Bar No.: 24067908  
New York State Bar No.: 5470190  
Admitted to Practice in all  
Texas Federal Courts  
18722 University Blvd., Ste. 235  
Sugar Land, TX 77479  
(832) 240-3273 Phone  
(281) 387-3411 Cell  
(832) 241-5998 FAX  
Stimmons@tullylegal.com  
Attorney of Record for Plaintiff
