**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

JENNER TORRENCE,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant,

Case No: 1:24-CV-00258-KCD

(Judge Kathryn C. Davis)

**NOTICE OF FILING OF AMENDED COMPLAINT**

In accordance with the parties' joint status report (Dkt. 20, p. 2) and the court's

scheduling order (Dkt. 21, p. 1), the plaintiff now files the attached amended complaint.

This complaint is identical to the original complaint up until Section VI (Paragraph 79,

page 20), when it adds facts related to the court's remand of this case to the AFBCMR, and what

resulted from that remand.

        Respectfully submitted,

*Sean C Timmons*

Sean C. Timmons, Esq., LL.M.
Managing Partner, Tully Rinckey PLLC
Texas Bar No.: 24067908
New York State Bar No.: 5470190
Admitted to Practice in all
Texas Federal Courts
18722 University Blvd., Ste. 235
Sugar Land, TX 77479
(832) 240-3273 Phone
(281) 387-3411 Cell
(832) 241-5998 FAX
Stimmons@tullylegal.com
Attorney of Record for Plaintiff

1

Joseph D. Wilkinson II
Senior Counsel, Tully Rinckey, PLLC
D.C. Bar No. 90032185
2001 L Street NW
Washington, DC 20036
Office: (202) 375-2232
FAX: (716) 462-4455
jwilkinson@tullylegal.com
Of Counsel