IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JENNER TORRENCE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant, | Case No: 1:24-CV-00258-KCD <br><br> (Judge Kathryn C. Davis) |

**PLAINTIFF'S CONSENT MOTION TO SUBSTITUTE ATTORNEY OF RECORD**

Joseph D. Wilkinson II, Esq., hereby moves the court to be substituted as Plaintiff's Attorney of Record in the abovestyled case. Per CFCR 83.1(c)(4), the following documents are attached:

(1) An affidavit by Mr. Wilkinson, stating that he has been retained as an attorney in this matter;

(2) A written consent for substitution by Mr. Sean Timmons, Mr. Torrence's previous Attorney of Record.

Respectfully submitted,

Joseph D. Wilkinson II
Senior Counsel, Tully Rinckey, PLLC
D.C. Bar No. 90032185
2001 L Street NW
Washington, DC 20036
Office: (202) 375-2232
FAX: (716) 462-4455
jwilkinson@tullylegal.com

1

*Sean C Timmons*

Sean C. Timmons, Esq., LL.M.
Managing Partner, Tully Rinckey PLLC
Texas Bar No.: 24067908
New York State Bar No.: 5470190
Admitted to Practice in all
Texas Federal Courts
18722 University Blvd., Ste. 235
Sugar Land, TX 77479
(832) 240-3273 Phone
(281) 387-3411 Cell
(832) 241-5998 FAX
Stimmons@tullylegal.com
Counsel for Plaintiff