### IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JENNER TORRENCE,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant,

Case No: 1:24-CV-00258-KCD

(Judge Kathryn C. Davis)

### **AFFIDAVIT OF APPOINTMENT**

City of Washington
District of Columbia

Joseph D. Wilkinson II, Esq., states as follows:

    (1) That I am an attorney licensed to practice law in the U.S. Court of Federal Claims;

    (2) That Mr. Jenner E. Torrence has retained me as new attorney of record in this matter; and

    (3) That I am familiar with the case, having been working on it under the supervision of the former counsel of record, Mr. Sean Timmons, since its inception.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 4, 2025. Respectfully submitted,

*/s/ Joseph D. Wilkinson II*

Joseph D. Wilkinson II
Senior Counsel, Tully Rinckey, PLLC
D.C. Bar No. 90032185
2001 L Street NW
Washington, DC 20036
Office: (202) 375-2232
FAX: (716) 462-4455
jwilkinson@tullylegal.com