**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

JENNER TORRENCE,

      Plaintiff,

v.                                          Case No: 1:24-CV-00258-KCD

UNITED STATES OF AMERICA,      (Judge Kathryn C. Davis)

      Defendant,

**CONSENT TO CHANGE ATTORNEY OF RECORD**

      Now comes Mr. Sean C. Timmons, Esq., Attorney of Record in the abovestyled case, and hereby consents to Joseph D. Wilkinson II, Esq., being named as the new Attorney of Record.

                                              Respectfully Submitted,

                                              *Sean C Timmons*

Sean C. Timmons, Esq., LL.M.
Managing Partner, Tully Rinckey PLLC
Texas Bar No.: 24067908
New York State Bar No.: 5470190
Admitted to Practice in all
Texas Federal Courts
18722 University Blvd., Ste. 235
Sugar Land, TX 77479
(832) 240-3273 Phone
(281) 387-3411 Cell
(832) 241-5998 FAX
Stimmons@tullylegal.com
Attorney for Plaintiff