IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JENNER TORRENCE, | ) |
|     Plaintiff, | ) |
| v. | ) No. 24-258 |
| | ) (Judge Kathryn C. Davis) |
| THE UNITED STATES, | ) |
|     Defendant. | ) |

## ADMINISTRATIVE RECORD PART II

| | |
|---|---|
| | BRETT A. SHUMATE |
| | Assistant Attorney General |
| | |
| | PATRICIA M. McCARTHY |
| | Director |
| | |
| | WILLIAM J. GRIMALDI |
| Of Counsel: | Assistant Director |
| | |
| MAJOR DAVID L. CHEWING | DELISA M. SANCHEZ |
| Litigation Attorney | Trial Attorney |
| United States Air Force | Commercial Litigation Branch |
| Military Personnel Division | Civil Division |
| 1500 West Perimeter Road, Suite 1370 | U.S. Department of Justice |
| Joint Base Andrews, MD 20762 | P.O. Box 480 |
| | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Telephone: (202) 616-0337 |
| | |
| June 18, 2025 | Attorneys for Defendant |