## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JENNER TORRENCE, | |
| Plaintiff, | |
| v. | Case No: 1:24-CV-00258-KCD |
| UNITED STATES OF AMERICA, | (Judge Kathryn C. Davis) |
| Defendant, | |

### PLAINTIFF'S CONSENT MOTION TO EXTEND DEADLINES BY 2 DAYS

Under the court's current scheduling order (Dkt. 21), the plaintiff's motion for judgment on the administrative record is due on July 16, 2025. With the consent of the Defense, the plaintiff is requesting a two day extension, until July 18, 2025.

In fairness, to both sides, and with the consent of the Defense, the plaintiff is asking that the defense's next deadline (August 13, 2025) be likewise extended 2 days, until August 15, 2025; the plaintiff's response and reply until September 5, 2025; and the Defense's final reply until September 26, 2025.

Respectfully submitted,

Joseph D. Wilkinson II
Senior Counsel, Tully Rinckey, PLLC
D.C. Bar No. 90032185
2001 L Street NW
Washington, DC 20036
Office: (202) 375-2232
FAX: (716) 462-4455
jwilkinson@tullylegal.com

1

*Sean C Timmons*

Sean C. Timmons, Esq., LL.M.
Managing Partner, Tully Rinckey PLLC
Texas Bar No.: 24067908
New York State Bar No.: 5470190
Admitted to Practice in all
Texas Federal Courts
18722 University Blvd., Ste. 235
Sugar Land, TX 77479
(832) 240-3273 Phone
(281) 387-3411 Cell
(832) 241-5998 FAX
Stimmons@tullylegal.com
Counsel for Plaintiff