IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JENNER TORRENCE, ) | |
| ) | |
| Plaintiff, ) | No. 24-258 |
| ) | |
| v. ) | Filed: July 15, 2025 |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Following remand and the Court's issuance of an initial scheduling order for resuming briefing on dispositive motions in this military-pay case, Plaintiff filed a Motion for an Extension of each brief's deadline by two days. *See* ECF No. 28. The Government consents. *See id.* Accordingly, the Court **GRANTS** Plaintiff's request and **ORDERS** the following schedule:

| | |
|---|---|
| Plaintiff's Motion for Judgment on the Administrative Record | **July 18, 2025** |
| Government's Cross-Motion for Judgment on the Administrative Record and Response to Plaintiff's Motion | **August 15, 2025** |
| Plaintiff's Response and Reply | **September 5, 2025** |
| Government's Reply | **September 26, 2025** |

**SO ORDERED**.

Dated: July 15, 2025

*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS
Judge