### IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JENNER TORRENCE,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant,

Case No: 1:24-CV-00258-KCD

(Judge Kathryn C. Davis)

### PLAINTIFF'S CONSENT MOTION TO EXTEND DEADLINES BY 5 DAYS

Under the court's current scheduling order (Dkt. 21), the plaintiff's motion for judgment on the administrative record is due on July 18, 2025. With the consent of the Defense, the plaintiff is requesting an additional five days, until July 23, 2025.

Plaintiff's counsel's office has suffered two unexpected power outages this week, which have delayed plaintiff's ability to finish the motion to standard; and while the plaintiff does not intend to *take* five days, he cannot trust that these outages will not recur, especially in light of current weather patterns. Counsel believes that a five day extension will both allow him to complete the motion and prevent the need to request any more extensions. Counsel believes this circumstance constitutes good cause under RCFC 6(b).

In fairness, to both sides, and with the consent of the Defense, the plaintiff is asking that the defense's next deadline (August 13, 2025) be likewise extended 5 days, until August 20, 2025; the plaintiff's response and reply until September 10, 2025; and the Defense's final reply until October 1, 2025.

                                    Respectfully submitted,

*/s/ Joseph D. Wilkinson II*

Joseph D. Wilkinson II
Senior Counsel, Tully Rinckey, PLLC
D.C. Bar No. 90032185
2001 L Street NW
Washington, DC 20036
Office: (202) 375-2232
FAX: (716) 462-4455
jwilkinson@tullylegal.com


*/s/ Sean C. Timmons*

Sean C. Timmons, Esq., LL.M.
Managing Partner, Tully Rinckey PLLC
Texas Bar No.: 24067908
New York State Bar No.: 5470190
Admitted to Practice in all
Texas Federal Courts
18722 University Blvd., Ste. 235
Sugar Land, TX 77479
(832) 240-3273 Phone
(281) 387-3411 Cell
(832) 241-5998 FAX
Stimmons@tullylegal.com
Counsel for Plaintiff

2