IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JENNER M. TORRENCE,                )
                                   )
          Plaintiff,               )
                                   )        No. 24-258
          v.                       )        (Judge Katherine C. Davis)
                                   )
THE UNITED STATES,                 )
                                   )
          Defendant.               )

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an extension of time of 16 calendar days, to and including Friday, September 5, 2025, within which to file the Government's cross motion for judgment on the administrative record and response to plaintiff's motion for judgment on the administrative record (opening brief) in this case.  Pursuant to the Court's order issued on July 18, 2025 (by docket text), the current deadline for the United States to file its opening brief is August 20, 2025.  The United States has not filed a previous motion for extension of time for this purpose.

Government counsel conferred with counsel for plaintiff, Mr. Joseph Wilkinson, II, by electronic mail on August 15, 2025, concerning this motion and the revision of the subsequent deadlines in briefing schedule, and he advised that plaintiff does not oppose this motion.

The United States is requesting this extension of time because Government counsel has been unexpectedly out of the office due to serious illness for most of the past week.  Government counsel almost had emergency surgery on August 13, 2025, and currently she is under medical evaluation.  Government counsel is expected to remain out of the office, on medical leave, until

August 19, 2025.  Furthermore, Government counsel expects to be out of the office, on medical leave, intermittently during the week of August 18, 2025.

Prior to the onset of her illness, Government counsel completed an outline of the Government's opening brief, and she also drafted several of the sections of the brief.  However, she has not been able to work on the brief over the past week so that it could have been completed and submitted to the Air Force for review in time to meet the current filing deadline of August 20, 2025.  The earliest opportunity that Government counsel will have to resume her work on the Government's opening brief in this case will be during the week of August 25, 2025.  After she completes the opening brief, Government counsel will need time to engage the Air Force and, after the Air Force completes its review, she will secure supervisory review within the Department of Justice.

For the foregoing reasons, we respectfully request that the Court grant our unopposed request for an extension of time of 16 calendar days for the United States to file its opening brief, and issue an order revising the briefing schedule as follows:

Defendant files its cross-motion for judgment, and response to plaintiff's motion, on or before **Friday, September 5, 2025**;

Plaintiff files its response and reply on or before **Friday, September 26, 2025**; and

Defendant files its reply on or before **Friday, October 17, 2025**.

2

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/William J. Grimaldi
WILLIAM J. GRIMALDI
Assistant Director

Of Counsel:

MAJ DAVID L. CHEWNING
Litigation Attorney
United States Air Force
Military Personnel Division
1500 West Perimeter Road, Suite 1370
Joint Base Andrews, MD 20762

/s/Delisa M. Sánchez
DELISA M. SANCHEZ
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0337

August 18, 2025

Attorneys for Defendant

3