IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JENNER M. TORRENCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 24-258 |
| v. | ) | (Judge Katherine C. Davis) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an extension of time of five calendar days (three business days), to and including Wednesday, September 10, 2025, within which to file the Government's cross motion for judgment on the administrative record and response to plaintiff's motion for judgment on the administrative record (opening brief) in this case.  Pursuant to the Court's order issued on August 19, 2025 (by docket text), the current deadline for the United States to file its opening brief is September 5, 2025.  The United States has filed one previous motion for extension of time for this purpose (ECF No. 32).

Government counsel conferred with counsel for plaintiff, Mr. Joseph Wilkinson, II, by electronic mail on the morning of September 5, 2025, concerning this motion and the revision of the subsequent deadlines in briefing schedule, and he advised that plaintiff does not oppose this motion.

As explained in our previous motion for extension of time, Government counsel was unexpectedly out of the office due to serious illness for part of the month of August. Government counsel recovered and is back in the office.

Over the past two weeks Government counsel has been working on the Government's brief in this case and, as of this afternoon, she has completed a working draft of the brief. The brief needs additional work and Government counsel expects that the earliest that she will be able to send the brief to the Air Force for review will be on Monday, September 8, 2025. After the Air Force completes its review, Government counsel will secure supervisory review within the Department of Justice so that we are able to file the brief by September 10, 2025.

Although Government counsel has been working on the Government's brief in this case, she has not been able to give this case her undivided attention because of competing deadlines and responsibilities in other pending cases: *Viernes v. United States*, Fed. Cl. No. 25-117 (Government MJAR filed on August 27, 2025); *Johnson v. United States*, Fed. Cir. No. 25-1552 (Government response brief filed September 2, 2025); *Pastrana v. United States*, Fed. Cl. No. 25-687 (Government reply brief due by September 10, 2025); *Hirsch v. United States*, Fed. Cl. No.19-236 (JSR due September 8, 2025); and *Workers Home Foundation v. United States*, Fed. Cl. No. 21-1450 (ongoing settlement efforts and JSR due September 8, 2025).

For the foregoing reasons, we respectfully request that the Court grant our unopposed request for an extension of time of five calendar days for the United States to file its opening brief, and issue an order revising the briefing schedule as follows:

Defendant files its cross-motion for judgment, and response to plaintiff's motion, on or before Wednesday, **September 10, 2025**;

Plaintiff files its response and reply on or before **Wednesday, October 1, 2025**; and

Defendant files its reply on or before **Wednesday, October 22, 2025**.

2

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/William J. Grimaldi
WILLIAM J. GRIMALDI
Assistant Director

Of Counsel:

/s/Delisa M. Sánchez
DELISA M. SANCHEZ
MAJ DAVID L. CHEWNING                    Trial Attorney
Litigation Attorney                      Commercial Litigation Branch
United States Air Force                   Civil Division
Military Personnel Division               U.S. Department of Justice
1500 West Perimeter Road, Suite 1370      P.O. Box 480
Joint Base Andrews, MD 20762              Ben Franklin Station
                                          Washington, D.C. 20044
                                          Telephone: (202) 616-0337

September 5, 2025                          Attorneys for Defendant