IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JENNER M. TORRENCE,       )
                                   )
        Plaintiff,      )
                                   )      No. 24-258
        v.            )      (Judge Katherine C. Davis)
                                   )
THE UNITED STATES,      )
                                   )
        Defendant.     )

### DEFENDANT'S UNOPPOSED MOTION TO STAY THE
### DEADLINE TO FILE REPLY BRIEF IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of the October 22, 2025 deadline to file its reply in support of its cross-motion for judgment on the administrative record in the above-captioned case.

At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies. The Department does not know when such funding will be restored by Congress.

Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Undersigned counsel for the Department of Justice therefore requests a stay of the October 22, 2025 deadline to file its reply brief until Congress has restored appropriations to the Department.

If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the

lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

Counsel for plaintiff, Jenner M. Torrence, has authorized us to state that plaintiff does not oppose a stay in this case pending the duration of the lapse in appropriations so long as the Court directs the United States to file its reply brief within 21 calendar days past the end of the shutdown.

Therefore, although we greatly regret any disruption caused to the Court and Mr. Torrence, the Government hereby moves for a stay of the October 22, 2025 deadline to file its reply brief in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/William J. Grimaldi
WILLIAM J. GRIMALDI
Assistant Director

/s/Delisa M. Sánchez
DELISA M. SANCHEZ
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0337

October 15, 2025                              Attorneys for Defendant

2