**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

|  |  |  |
|---|---|---|
| JENNER TORRENCE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 24-258 |
| | ) | |
| v. | ) | Filed: October 20, 2025 |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

On October 15, 2025, the Government filed an unopposed motion (ECF No. 36) requesting that the Court stay the October 22, 2025 deadline to file its reply to Plaintiff's Motion for Judgment on the Administrative Record in light of the lapse in appropriations for the United States Department of Justice.  Upon consideration, and for good cause shown, the Motion is **GRANTED**. The Government shall file its reply brief within 21 days of Congress appropriating funding for the Department.

**SO ORDERED**.

Dated: October 20, 2025

*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS
Judge