IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JENNER M. TORRENCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 24-258 |
| v. | ) | (Judge Katherine C. Davis) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 14 calendar days, to and including Wednesday, December 17, 2025, within which to file the Government's reply brief in support of its cross motion for judgment on the administrative record. Pursuant to the Court's order issued on October 20, 2025 (ECF No. 37), the current deadline for the United States to file its reply brief is December 3, 2025.

On December 2, 2025, Government counsel conferred with counsel for plaintiff, Mr. Joseph Wilkinson, II, by telephone and electronic mail and he advised that plaintiff does not oppose this motion.

As the Court is aware, the Department of Justice was affected by a lapse in appropriations from October 1, 2025 through November 12, 2025. During the lapse in appropriations, lead Government counsel in this case was furloughed, and this case did not meet the criteria that would permit furloughed Government employees to work on this case. Accordingly, lead Government counsel could not – and did not – work on this case during the duration of the shutdown. On the evening of November 12, 2025, Congress appropriated funds for the

Department of Justice through January 30, 2026, and lead Government counsel was able to resume her usual duties on November 13, 2025.

Lead Government counsel, however, has been out of the office unexpectedly, on leave, since November 24, 2025, due to a family emergency.  She is expected to resume her duties no later than December 8, 2025.  As of November 21, 2025, lead Government counsel had outlined the Government's reply brief in this case and drafted several sections.  She expects to be able to complete the reply brief during the week of December 8, 2025, so that it can be submitted to the Air Force for its review.  After the Air Force completes its review, Government counsel will secure supervisory review within the Department of Justice so that we are able to file the reply brief by December 17, 2025.

We are requesting an enlargement of time of 14 days because lead Government counsel will not be able to give this case her undivided attention when she resumes her duties because of competing deadlines and responsibilities in other pending cases:  *Pastrana v. United States*, Fed. Cl. No. 25-687 (response to motion to vacate due by December 9, 2025); *Clark v. United States*, Fed. Cl. No. 24-837 (response to motion to remand due by December 11, 2025); *Hirsch v. United States*, Fed. Cl. No. 19-236 (JSR due December 15, 2025); *Viernes v. United States*, Fed. Cl. No. 25-117 (reply brief due by December 18, 2025).

For the foregoing reasons, we respectfully request that the Court grant our unopposed request for an extension of time of 14 calendar days for the United States to file its reply brief.

2

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/William J. Grimaldi
WILLIAM J. GRIMALDI
Assistant Director

Of Counsel:

/s/Delisa M. Sánchez
DELISA M. SANCHEZ
Trial Attorney

MAJ DAVID L. CHEWNING
Litigation Attorney
United States Air Force
Military Personnel Division
1500 West Perimeter Road, Suite 1370
Joint Base Andrews, MD 20762

Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0337

December 2, 2025

Attorneys for Defendant