**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

|  |  |
|---|---|
| JENNER TORRENCE, ) | |
| ) | |
| Plaintiff, ) | No. 24-258 |
| ) | |
| v. ) | Filed: April 3, 2026 |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court will hold oral argument on the parties' Cross-Motions for Judgment on the Administrative Record (ECF Nos. 31 and 34) on **Friday, May 22, 2026, at 9:30 a.m. Eastern Time** at the National Courts Building in Washington, D.C.

**SO ORDERED.**


Dated: April 3, 2026                    */s/ Kathryn C. Davis*
                                        KATHRYN C. DAVIS
                                        Judge