Finnegans, the bar inside of the Doubletree Hotel. Major Doughty's 4 Nov 17 written statement [Tab E-3], notes "At this point I decided to take a photograph with my phone since I was concerned that I may once again have to testify as to what I saw when someone was acting inappropriate and wanted to protect myself. As I took the photo, Lt Col Torrence saw me and started to move towards me. I tried to walk away and he pursued me aggressively. He made a motion to grab my phone and I put it in my pocket and kept walking, then he attempted to grab my arm. I moved it away and continued to try to remove myself from the area. I felt threatened since he was continuing to pursue me so I walked up to a friend in the vicinity- Maj Rob Bielanski – and asked him to step in and make sure Lt Col Torrence didn't touch me. Maj Bielanski stepped in and asked what was going on, at which point Lt Col Torrence started saying things such as 'Ripper I've never done anything to you and I've been nothing but an advocate for you.' At this time I realized that he was making a scene so to calm things down I decided to stand there and listen to him since I felt like we were in a public place and Maj Bielanski was standing right there." [Tab E-3]

**Applicable Rules for Allegation 2:**

Standards for officer conduct as found in AFI 1-1.

**Analysis for Allegation 2:**

Analysis of Video, witness and subject statements.

**Conclusion for Allegation 2:**

In reviewing the evidence, there is not sufficient evidence to warrant the claim that Lt Col Torrence caused an alternation to occur. Lt Col Torrence stated, "he never felt physically threatened" and Major Doughty "never assumed a threatening body posture." The video only shows a verbal exchange between the two individuals. It is also worth noting that alcohol and tension related to ongoing investigations affected both parties recollection of the incident. Accordingly, I conclude this allegation is **UNSUBSTANTIATED.**

**Allegation 3:**

On or about 16 Oct 17 did Lt Col Jenner Torrence engaged in an unprofessional relationship (fraternization) as that term is defined in AFI 36-2909, Professional and Unprofessional Relationships, and AFI 1-1.

**Facts for Allegation 3:**

The video shows Lt Col Torrence and a blonde female at the bar talking while in very close contact with her back against his body and his hands on her body. [Tab G-1] The video and photos also depicts Lt Col Torrence speaking closely into the ear of the female while she stood in between his legs. The clock on the wall in the bar shows the two individuals interacting from approximately 2215 on 16 Oct 2017 to 0010 on 17 Oct 17. Lt Col Torrence was wearing his flight suit throughout the video. The blonde female was wearing civilian clothes.
Maj Bielanski, Chief Potridge and MSgt Muller each reviewed screenshots from the video. After reviewing the screenshots, each stated that the blonde female with Lt Col Torrence at the bar was an enlisted services team members from the Toledo Ohio ANG. Major Bielanski, in his statement, Tab E-7, stated that the woman pictured with Lt Col Torrence was part of the services team from

the Toledo Ohio Unit. He stated that the services team members would hang out after the WEPTAC event at the bar. He wasn't sure of the individual's names; however, he stated there was a group of three of them that hung out together. I asked if it was reasonable to recognize them as the services team that assisted at WEPTAC. He replied that you would see the services team members on breaks at the cooler and in the Viper Break out room in the auditorium. The services team would fill coolers, etc. and are in uniform during the day. He stated that they obviously changed before the evening event. I asked if he felt that Lt Col Torrence would know that the women at the bar that night were the enlisted services females working WEPTAC. He stated, "I would think anyone would know that the women at the bar were the enlisted services women working refreshments at WEPTAC." He went on to say that "anyone with observation skills would put 2 and 2 together and determine what it is."

I followed up with Chief Potridge the Force Support Squadron Superintendent to see if she could identify the members in the photos. She stated that the women who were at the bar were most likely her three youngest services team members. She said she was meeting with them for lunch the next day and could ask some questions indirectly about how the event went. I followed up with her again via e-mail to see if she had any further information and she stated the women were most likely SrA Shannon Fehser and or A1C Alexis Jenkins. She provided their phone numbers to me so that I could contact them. [Tab E-6]

I contacted SrA Fehser on 24 Jan 18, [Tab E-10], and asked her via phone if she was at WEPTAC and she stated yes. I asked her if she was at the Hotel Doubletree bar, Finnegans, with a pilot. She stated she was but the bar was full of pilots since there was a lot of vendor stuff going on. She stated they, the services team, had drinks and then went back to the hotel across the street from the Doubletree, she forgot the name of the hotel, but nothing was too out of the ordinary. I asked her if she made it home safe and she stated she did and there were no issues. She told me she was not at work at the moment but she would be into work the next day. I asked her to call me when she came in so I could show her a picture to identify the personnel in the picture.

I followed up the next day, 25 Jan 18 at 1028 with SrA Fehser, [Tab E-10] I sent her screen shots of the video and asked her if she could identify the personnel in the photo. I also asked her who else was at the bar with her. She stated Alexis Jenkins and Valerie Thigpen. She stated there weren't too many females in the bar that night. After looking at the second photo I e-mailed, with her back towards Lt Col Torrence, with his hands on her waist, she said she believed it was her with the pink shirt and brown purse as she was wearing a pink blouse that night and had a brown purse. I asked her who the girl was directly beside her at the bar and she stated she believed it was Alexis Jenkins. I asked her again if they were okay and if they made it home safe. She stated they went safely back to the hotel across the street, the Palms.

As confirmed in MILPDS via RRRIP, Tab E-4, Lt Col Torrence is married to someone other than SrA Fehser.

**Applicable Rules for Allegation 3:**

AFI 36-2909 and AFI 1-1 apply to a case of conduct unbecoming an officer and an unprofessional relationship (fraternization). Paragraph 2.2.1 as defined by the Manual for Courts Martial, is a personal relationship between an officer and an enlisted member that violates the customary